# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MAGALY SANTIAGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 3:14-1975 |
| vs. | ) JUDGE TRAUGER/KNOWLES |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATON

This is an action filed pro se by Plaintiff Magaly Santiago for judicial review of a decision of the Social Security Administration. Docket No. 1. On December 18, 2014, the undersigned entered an Order requiring Plaintiff to file a Motion for Judgment on the Administrative Record supported by a Brief within thirty (30) days of the entry of that Order. Docket No. 13. Plaintiff failed to do so.

On March 3, 2015, Defendant filed a "Motion to Show Cause Why This Complaint Should Not Be Dismissed, Pursuant to Rule 41(b), Federal Rules of Civil Procedure." Docket No. 16. The Court granted that Motion on April 7, 2015, and gave Plaintiff twenty (20) days from the date of entry of that Order in which to file a written statement showing good cause for her failure to comply with the Court's prior Order. Docket No. 17. The Court specifically stated, "If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend

that this action be dismissed without prejudice." *Id.*

As of the date of the entry of the instant Order, Plaintiff has not responded to either of the Court's prior Orders.

For the foregoing reasons, the undersigned recommends that this action be DISMISSED WITHOUT PREJUDICE.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge