## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| MAGALY SANTIAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-1975 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

## O R D E R

On October 6, 2015, the magistrate judge entered a Report and Recommendation (Docket No. 20), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

It is so **ORDERED**.

ENTER this 10th day of November 2015.

_____
ALETA A. TRAUGER
U.S. District Judge